July 26, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

### JEREMIAH JAMAR DAVIS A/K/A JEREMIAH DAVIS, Appellant

NO. 14-12-00073-CR
NO. 14-12-00074-CR

V.

### THE STATE OF TEXAS, Appellee

_____

These causes were heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in judgment. The Court orders the judgment **AFFIRMED**, and that this decision be certified below for observance.

We further order that all costs incurred by reason of these appeals be paid by the appellant unless he is adjudged indigent and not responsible for the costs.